# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOHNNY L. WILSON, JR. v.<br>MONTEREY FINANCIAL SERVICES, INC. | FILED: MAY 22, 2008<br>08CV2981    TC<br>JUDGE DARRAH<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHNNY L. WILSON, JR., Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Jonathan Nachsin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jonathan Nachsin | |
| FIRM<br>Jonathan Nachsin, P.C. | |
| STREET ADDRESS<br>105 West Adams Street, Suite 3000 | |
| CITY/STATE/ZIP<br>Chicago IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191376 | TELEPHONE NUMBER<br>(312) 327-1777 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |