AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

JOHNNY L. WILSON, JR.

CASE NUMBER:    08CV2981

JUDGE DARRAH

ASSIGNED JUDGE:    MAGISTRATE JUDGE KEYS

V.

MONTEREY FINANCIAL SERVICES, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MONTEREY FINANCIAL SERVICES, INC.
C/O CT CORPORATION SYSTEM
208 SOUTH LASALLE STREET
SUITE 814
CHICAGO IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN NACHSIN
JONATHAN NACHSIN, P.C.
105 WEST ADAMS STREET
SUITE 3000
CHICAGO IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

May 22, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6-4-8 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Hitesh Bhatt | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
So Linda Waynik
205 S. Lasalle St Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

W. W. Monroe
Chi, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.